# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND
                                                            Civil No.: 1:06CV01067
vs

CHELTENHAM GLASS, INC.


SERVICE OF PROCESS ON: **CHELTENHAM GLASS, INC.**

I Shawn F. Schaffer, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:    6/13/2006 @ 3:05 PM
Place of Service:   2538 Cheltenham Ave., Philadelphia, PA 19150
Documents Served: Summons and Complaint

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
       **John Hemmings - Estimator/Salesperson**
___ Other_____

Description of Person Receiving Documents: (Male)/Female   Skin Color _white_
                                            Hair Color _white_   Age _60_ Hgt _60"_ Wgt _245_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____          _6/13/06_
Signature of Server                          Date

Sanford G. Rosenthal, Esq.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106         215-922-6700