**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED | ) | |
| TRADES INDUSTRY PENSION FUND | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 06-1067 (CKK) |
| v. | ) | |
| | ) | |
| CHELTENHAM GLASS INC. | ) | |
| | ) | |
| Defendant | ) | |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendant, Cheltenham Glass, Inc., for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                                        Respectfully submitted,

                                        JENNINGS SIGMOND, P.C.

                                        BY: /s/ Sanford G. Rosenthal
                                             SANFORD G. ROSENTHAL, ESQUIRE
                                             (I.D. NO. 478737)
                                           The Penn Mutual Towers, 16th Floor
                                           510 Walnut Street, Independence Square
                                           Philadelphia, PA 19106-3683
                                           (215) 351-0611

Date: July 17, 2006                        Attorney for Plaintiff

170183_1.DOC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | |
| TRADES INDUSTRY PENSION FUND ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 06-1067 (CKK) |
| v. ) | |
| ) | |
| CHELTENHAM GLASS INC. ) | |
| ) | |
| Defendant ) | |

### DECLARATION OF SANFORD G. ROSENTHAL FOR ENTRY OF DEFAULT

Sanford G. Rosenthal, Esquire, declares and states the following:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Cheltenham Glass, Inc. ("Company") by Shawn F. Schaffer, Process Server, by serving John Hemmings, Agent Authorized to Accept Service, at 2538 Cheltenham Avenue, Philadelphia, PA 19150, on June 13, 2006. The Return of Service has been duly docketed with the Court. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3. Defendant has not filed an Answer with this Court or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

4. Defendant is neither an infant nor incompetent person.

5. Inasmuch as a Defendant is a corporation, it is not in the military service.

170183_1.DOC

6.      The Clerk is requested to enter default against Defendant.

                                                          I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: July 17, 2006                    BY:/s/ Sanford G. Rosenthal
                                                                 SANFORD G. ROSENTHAL, ESQUIRE

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Cheltenham Glass, Inc.
2538 Cheltenham Avenue
Philadelphia, PA 19150

Date: July 17, 2006                BY:/s/ Sanford G. Rosenthal
                                   SANFORD G. ROSENTHAL, ESQUIRE

170183_1.DOC