UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>  Plaintiff,<br><br>v.<br><br>CHELTENHAM GLASS INC.,<br><br>  Defendant. | Civil Action No. 06–1067 (CKK) |

ORDER
(July 25, 2006)

On July 18, 2006, the Clerk's Office of this Court found Defendant Cheltenham Glass Inc. to be in default.  Plaintiff must move for a default judgment against Defendant Cheltenham Glass Inc., before the Court can enter a judgment upon default in this case.  Accordingly, it is this 25th day of July, 2006, hereby

ORDERED that Plaintiff must file a motion for default judgment by August 8, 2006; if Plaintiff fails to do so, the Court shall dismiss Plaintiff's Complaint for want of prosecution without further notice.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge