## CERTIFICATE OF SERVICE

I hereby certify this 2nd day of August 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

Cheltenham Glass, Inc.<br>
2538 Cheltenham Avenue<br>
Philadelphia, PA 19150

DATE: <u>August 2, 2006</u>                <u>s/ Sanford G. Rosenthal</u>
                                                     SANFORD G. ROSENTHAL, ESQUIRE

170723_1.DOC