IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br>v. )<br>CHELTENHAM GLASS INC. )<br>Defendant ) | CIVIL ACTION NO. 06-1067 (CKK) |

**JENNINGS SIGMOND ATTORNEYS' FEES – July/August 2006**

Jessica L. Tortella, Esquire          JLT          Catherine T. Morton, Paralegal          CTM
Sanford G. Rosenthal, Esquire     SGR

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Time</u> |
|---|---|---|---|
| 7/11/06 | JLT | Preparation of Litigation Status Memo | 0.5 |
| 7/14/06 | JLT | Preparation of 55(a) | 0.4 |
| 7/28/06 | JLT | Preparation of Correspondence to P. Gilbert<br>Review of Correspondence from P. Gilbert | 0.4 |
| 7/31/06 | JLT | Review Order from Court<br>Review of Delinquency Report;<br>Preparation of Default Motion; | 1.6 |
| 8/1/06 | JLT | Preparation of Exhibits;<br>Calculation of Attorneys' Fees and Cost<br>Preparation of Supporting Affidavits<br>Review and Revision of Default Motion<br>Preparation of Correspondence to T. Montemore | <u>4.4</u> |
| | | Total: | 7.3 |

**July/August 2006 Summary**
JLT     7.3 Hrs x $200.00     =     $ 1,460.00

Fees & Costs     6/06     =     <u>$ 1,184.50</u>

                Grand Total:     $ 2,644.50

170723_1.DOC

EXHIBIT 3

## Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 6436  
Tuesday, August 01, 2006

Beginning To End

Printed By: SLG  
Page: 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 28056 | Cheltenham Glass, Inc. | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 7/31/2006 | JLT | 1.60 | 1.60 | 200.00 | $320.00 | | | Preparation of 55(a) / Review of Docket |

**Unbilled Time Totals**  1.60  1.60   $320.00

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6/1/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case / Review of Documents / Preparation of Litigation Memos |
| 6/7/2006 | JLT | 2.10 | 2.10 | 200.00 | $420.00 | | | Review of File / Computer Research Regarding Company Status / Review of Dunn and Bradstreet Report / Preparation of Complaint |
| 6/8/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Complaint |
| 6/13/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Order |
| 6/13/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Phone Conference with K. Walton |
| 6/15/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Preparation of Correspondence to T. Montemore |
| 6/21/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with K. Walton / Review of Affidavit of Service |

**Billed Time Totals**  3.80  3.80   $734.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 6/1/2006 | $15.33 | COPY | Photocopies |
| 6/1/2006 | $2.79 | PO | Postage Charges |
| 6/1/2006 | $17.11 | PO | Postage Charges |
| 6/8/2006 | $350.00 | 7100 | Filing Fee - Complaint |
| 6/10/2006 | $15.27 | SD | Special Delivery |
| 6/22/2006 | $50.00 | 7100 | Service Fee |

**Billed Expenses Totals**  $450.50

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 6436
Tuesday, August 01, 2006

Printed By: SLG
Page: 2

Beginning To End

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| **Report Totals** | 5.40 | 5.40 | $1,054.00 | $450.50 | $1,504.50 |

*** End Of Report ***