## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED   )
TRADES INDUSTRY PENSION FUND      )
                                     )
                Plaintiff,   )  CIVIL ACTION NO. 06-1067 (CKK)
     v.                        )
                                     )
CHELTENHAM GLASS INC.           )
                                     )
              Defendant   )

## ENTRY OF APPEARANCE

Kindly enter the appearance of Kent G. Cprek, Esquire as counsel for the Plaintiffs in the above-captioned matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:  /s/ Kent G. Cprek
      KENT G. CPREK, ESQUIRE
      I.D. # 40806
      The Penn Mutual Towers – 16th Floor
      510 Walnut Street
      Philadelphia, PA 19106
      (215) 351-0615

Date: July 28, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

197912-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served via first class mail, postage prepaid on the date and to the addresses below:

Cheltenham Glass, Inc.
2538 Cheltenham Avenue
Philadelphia, PA 19150

/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: July 28, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**