IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 06-1067 (CKK) |
| v. | ) ) | |
| CHELTENHAM GLASS INC. | ) ) | |
| Defendant | ) | |

### NOTICE TO SATISFY JUDGMENT

**TO THE CLERK:**

Kindly mark the judgment in the above-referenced matter **PAID IN FULL** and **SATISFIED**.

    Respectfully submitted,

    JENNINGS SIGMOND, P.C.

    BY: /s/ Kent G. Cprek
    KENT G. CPREK, ESQUIRE
    I.D. # 40806
    The Penn Mutual Towers – 16th Floor
    510 Walnut Street
    Philadelphia, PA 19106
    (215) 351-0615

Date: July 28, 2008

197912-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire state under penalty of perjury that I caused a copy of the foregoing Notice to Satisfy Judgment to be served via first class mail, postage prepaid on the date and to the addresses below:

> Cheltenham Glass, Inc.
> 2538 Cheltenham Avenue
> Philadelphia, PA 19150

/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: July 28, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

197912-1